# IN THE SUPREME COURT OF IOWA

No. 19–0731

Pottawattamie County No. JVJV020462
Pottawattamie County No. JVJV020463
Pottawattamie County No. JVJV020464
Pottawattamie County No. JVJV020548

ORDER

**IN THE INTEREST OF T.G., N.G., A.G. AND J.G.,**
Minor Children.

**C.G.**, Father,
    Appellant,

**D.B.,** Mother,
    Appellant.

---

The court, Christensen, J., taking no part, being evenly divided, declares this case affirmed by operation of law. *See* Iowa Code § 602.4107 (2019).

Waterman, Mansfield, and McDonald, JJ., would affirm the judgment of the district court; Cady, C.J., and Wiggins and Appel, JJ., would reverse the judgment of the district court. *See State v. Effler*, 769 N.W.2d 880, 884 (Iowa 2009) ("[W]hen the supreme court is equally divided on an issue upon which the district court and court of appeals differ, the decision of the district court is affirmed by operation of law.").

Copies to:

Roberta J. Megel
State Public Defender
300 W Broadway, Suite 125
Council Bluffs, IA 51501–9011

Jon J. Narmi
535 West Broadway, Suite 202
Council Bluffs, IA 51503

Mary Alissa Triick
Anna Stoeffler
Assistant Attorneys General
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, IA 50319

Eric D. Strovers
Assistant Pottawattamie County Attorney
227 South Sixth Street
Council Bluffs, IA 51501

Amanda Heims
523 – 6th Avenue
Council Bluffs, IA 51503